UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-30*

Case No.

**COMPLAINT**

**Exhibit A**:   IP addresses

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | Province |
|---|---|---|---|---|---|---|---|
| 1 | 98.167.209.119 | 2016-10-03 22:47:59 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 2 | 68.104.158.207 | 2016-10-03 20:35:54 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 3 | 70.190.240.120 | 2016-10-03 19:25:25 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 4 | 24.255.41.8 | 2016-10-03 19:18:52 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 5 | 68.0.186.226 | 2016-10-03 15:54:03 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pinal County |
| 6 | 24.251.82.92 | 2016-10-03 12:28:56 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 7 | 68.3.83.12 | 2016-10-03 12:02:10 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 8 | 68.106.26.209 | 2016-10-03 11:21:20 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 9 | 24.251.24.168 | 2016-10-03 09:59:18 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 10 | 72.223.85.97 | 2016-10-03 09:36:00 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 11 | 68.3.76.100 | 2016-10-03 09:31:29 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 12 | 24.251.9.118 | 2016-10-03 08:56:28 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 13 | 68.2.221.76 | 2016-10-03 07:45:02 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 14 | 184.176.84.141 | 2016-10-03 06:54:26 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 15 | 98.164.136.151 | 2016-10-03 06:44:19 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 16 | 68.104.150.220 | 2016-10-03 06:21:49 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 17 | 98.191.101.227 | 2016-10-03 06:17:21 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 18 | 68.104.189.211 | 2016-10-03 05:46:51 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 19 | 72.201.184.20 | 2016-10-03 05:46:16 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 20 | 24.251.248.16 | 2016-10-03 05:38:43 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Cochise County |
| 21 | 70.162.125.72 | 2016-10-03 05:13:09 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 22 | 70.162.102.22 | 2016-10-03 04:49:26 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 23 | 68.3.171.141 | 2016-10-03 04:35:38 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 24 | 70.162.216.223 | 2016-10-03 04:29:58 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 25 | 68.98.25.222 | 2016-10-03 03:31:20 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 26 | 68.3.156.139 | 2016-10-03 03:26:46 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 27 | 70.176.24.63 | 2016-10-03 03:14:57 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 28 | 68.3.78.196 | 2016-10-03 03:11:33 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 29 | 70.190.131.115 | 2016-10-03 01:51:27 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 30 | 72.211.186.13 | 2016-10-03 00:57:41 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-30*

Case No.

**COMPLAINT**

**Exhibit B:** Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

**Effective Date of Registration:**
August 02, 2016

## Title

**Title of Work:** Mechanic: Resurrection

**Previous or Alternate Title:** The Mechanic 2 aka The Mechanic II

**Nature of Claim:** Original Motion Picture

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States
**Preregistration:** PRE000008863

## Author

- **Author:** ME2 Productions, Inc.
**Author Created:** Entire Motion Picture
**Work made for hire:** Yes
**Domiciled in:** United States
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** ME2 Productions, Inc.
318 N. Carson Street, #208, Carson City, NV 89701

## Limitation of copyright claim

**Material excluded from this claim:** Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014
**Previously registered:** Yes

**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects

## Certification

**Name:** Michael A. Hierl
**Date:** August 01, 2016

Page 1 of 2

**Correspondence:**   Yes

